UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH JEROME WRIGHT,

    Petitioner,

v.

WARDEN,

    Respondent.

Case No. 15-cv-05452-JD

**ORDER OF TRANSFER**

This case was opened when petitioner wrote a letter to the court regarding his conviction and requested counsel. In an effort to protect his rights, it was filed as a new habeas case. Petitioner has also filed a letter seeking to withdraw this civil rights case so he can file a habeas petition. Because this has been filed as a habeas petition, petitioner need not withdraw the case. However, petitioner was convicted in Sacramento, *People v. Wright*, 2015 WL 4931489 (Cal. Ct. App. Aug. 18, 2015) and is incarcerated at High Desert State Prison. Both of these lie in the Eastern District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted and is being held in the Eastern District, this case is **TRANSFERRED** to the United States District Court for the

Eastern District of California.  *See* 28 U.S.C. § 1406(a);  Habeas L.R. 2254-3(b).  Petitioner should file the habeas petition in the Eastern District once the case has been transferred.

**IT IS SO ORDERED.**

Dated: January 8, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH JEROME WRIGHT,

    Plaintiff,

  v.

WARDEN,

    Defendant.

Case No. 15-cv-05452-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Jerome Wright ID: AN1771
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: January 8, 2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

3