UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | No.  2:16-cv-0419 CKD P<br><br><br>ORDER |

Petitioner has filed a motion seeking appointment of counsel in a habeas action. No pleadings have been filed. In order to properly commence a habeas action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases. See 28 U.S.C. §§ 1914(a), 1915(a). Accordingly, petitioner's motion for appointment of counsel will be denied without prejudice. Petitioner will be provided the opportunity to file a petition for writ of habeas corpus.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (ECF No. 1) is denied without prejudice;

2. Petitioner is granted thirty days from the date of service of this order to file a petition for writ of habeas corpus that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition

1

must bear the docket number assigned this case.  Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed; and

    3. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus by a state court prisoner.

Dated:  March 4, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
wrig0419.nopetition