UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>    Respondent. | No.  2:16-cv-0419 CKD P<br><br><br>ORDER |

  Mr. Wright has filed multiple motions seeking the appointment of counsel to represent him in an action for writ of habeas corpus.  However, Mr. Wright has not filed a petition for writ of habeas corpus.  On March 4, 2016, the court denied Mr. Wright's pending motion for the appointment of counsel without prejudice and informed Mr. Wright that the court would dismiss this action unless he filed a petition for writ of habeas corpus within 30 days.  The court sent Mr. Wright the court's form-application for writ of habeas corpus.  On March 17, 2016, Mr. Wright returned the form the court sent to him.  On the form, Mr. Wright again asks for appointment of counsel, but presents no grounds for habeas relief.

  Good cause appearing, IT IS HEREBY ORDERED that:

  1. The Clerk of the Court send petitioner another form-application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

/////

2. Petitioner shall complete the form within 30 days, stating all of his grounds for habeas relief thereon, and return it to the court. Petitioner is informed that he must exhaust state court remedies with respect to any habeas claim brought in this court. 28 U.S.C. § 2254(b)(1). Therefore, the claims he presents in this action must have been presented to and rejected by the California Supreme Court. With his completed petition, petitioner may include any briefs he submitted to the California Supreme Court if petitioner feels that will provide the court a better understanding of petitioner's claims.

3. Plaintiff's failure to submit a petition for writ of habeas corpus that complies with the terms of this order within 30 days will result in dismissal.

Dated: May 2, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
wrig0419.clo

2