UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, HIGH DESERT STATE PRISON, et al.,<br><br>　　　　Respondents. | No.  2:16-cv-0419 CKD P<br><br><br>ORDER |

By order filed May 2, 2016, petitioner was ordered to submit a completed petition for writ of habeas corpus on the form provided to him by the Clerk of the Court.  Petitioner was warned that failure to do so would result in dismissal.  The time allotted to petitioner for the filing of his habeas petition has now expired with no habeas petition having been filed.  Petitioner has consented to have all matters in this action before a United States Magistrate Judge.  See 28 U.S.C. § 636(c).

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: July 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/wrig0419.dis